# Court of Appeals
# of the State of Georgia

ATLANTA,  January 28, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1089. PAUL KOZACHYN v. THE STATE.**

A jury found Paul Kozachyn and his co-defendants guilty of armed robbery, kidnapping, false imprisonment, burglary, and aggravated assault stemming from a home invasion. We affirmed Kozachyn's convictions in 2001. *Wilbanks v. State*, 251 Ga. App. 248 (554 SE2d 248) (2001). In 2017, Kozachyn filed a pro se motion for an out-of-time appeal. The trial court denied the motion, and Kozachyn filed this direct appeal. We lack jurisdiction.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal." *Kilgore v. State*, 325 Ga. App. 874, 875 (1) (756 SE2d 9) (2014) (punctuation omitted). Because Kozachyn already has had a direct appeal, he is not entitled to an out-of-time appeal.  See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) ("[T]here is no right to directly appeal the denial of a motion for out-of-time appeal filed by a criminal defendant whose conviction has been affirmed on direct appeal."). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/28/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.